**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

**THOMAS GLENN RIDGEWAY**                                                      **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 5:15CV-P92-TBR**

**MARSHALL COUNTY POLICE DEPT.** *et al.*                           **DEFENDANTS**

**MEMORANDUM OPINION**

By Order (DN 7) entered July 14, 2015, the Court directed Plaintiff to comply with

several deficiencies in the filing of this action and warned him that his failure to comply within

30 days from entry of the Order would result in dismissal of the action for failure to prosecute

and for failure to comply with an Order of this Court.  The compliance period has expired, and

Plaintiff has failed to comply or show cause for said failure.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the involuntary dismissal

of an action if a plaintiff fails to prosecute or to comply with an order of the court.  *See Jourdan*

*v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("Fed. R. Civ. P. 41(b) recognizes the power of the

district court to enter a *sua sponte* order of dismissal.").  "[W]hile *pro se* litigants may be entitled

to some latitude when dealing with sophisticated legal issues, acknowledging their lack of formal

training, there is no cause for extending this margin to straightforward procedural requirements

that a layperson can comprehend as easily as a lawyer."  *Id.*  "[T]he lenient treatment of *pro se*

litigants has limits.  Where, for example, a *pro se* litigant fails to comply with an easily

understood court-imposed deadline, there is no basis for treating that party more generously than

a represented litigant."  *Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996).  Additionally,

courts have an inherent power "acting on their own initiative, to clear their calendars of cases

that have remained dormant because of the inaction or dilatoriness of the parties seeking relief."

*Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because Plaintiff failed to comply with a straightforward Order of this Court, the Court concludes that he has abandoned any interest in prosecuting this action.  A separate Order of dismissal will be entered.

Date:

cc:       Plaintiff, *pro se*
4413.005